377 A.2d 994

Ellis, Appellant, v. Benoliel.

Argued June 16, 1977.  Paul W. Callahan, for appellant;  Robert J. Spiegel, with him R. Mark Armbrust, for appellee.

Order and judgment affirmed.